**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JOSH HAYNES
ADC #139661                                                                                              PLAINTIFF

v.                                       CASE NO. 4:16-CV-00853 BSM

CAPTAIN GRIMES,
White County Detention Center, et al.                                                       DEFENDANTS

**ORDER**

The proposed findings and recommendations [Doc. No. 13] submitted by United States Magistrate Judge Joe J. Volpe have been received. After considering plaintiff Josh Haynes's objections [Doc. No. 14] and making a *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Haynes's complaint is dismissed without prejudice for failure to state a claim. This dismissal counts as a strike under 28 U.S.C. § 1915(g), and it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE